UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASMINE GUY JORDAN,

    Plaintiff,

v.                                    Case No. 11-10153

CITY OF DETROIT, et al.,

    Defendants.
                                              /

**ORDER STRIKING PLAINTIFF'S VOLUNTARY DISMISSAL**

On July 21, 2011, Plaintiff Jasmine Guy Jordan filed on the docket of the above-captioned case a stipulation of voluntary dismissal of Defendant City of Detroit, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). However, such stipulation must be "signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). As both Defendant City of Detroit and Defendant Wayne County have appeared, the stipulation must also be signed by the City Of Detroit. Additionally, the stipulation should be submitted electronically to the court with a proposed order, rather than filed directly on the docket. For these reasons, the court will strike the stipulation. Plaintiff may seek the concurrence of Wayne County and the City of Detroit and resubmit the stipulation of dismissal, if appropriate, or file a motion to dismiss. Accordingly,

IT IS ORDERED that Plaintiff's voluntary dismissal [Dkt. # 21] is hereby STRICKEN from the docket of this court.

                                                    s/Robert H. Cleland
                                                    ROBERT H. CLELAND
                                                    UNITED STATES DISTRICT JUDGE

Dated:  July 27, 2011

I I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 27, 2011, by electronic and/or ordinary mail.

                                               s/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\11-10153.JORDAN.Strike.nkt.wpd