**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JASMINE GUY JORDAN,

    Plaintiff,

v.                                                Case No. 11-10153

CITY OF DETROIT, et al.,

    Defendants.
                                           /

## ORDER SETTING TIME FOR RESPONSE

On August 10, 2011, Plaintiff Jasmine Guy Jordan moved to amend his complaint. On August 11, 2011, the court conducted a scheduling conference with counsel for all parties, during which the motion was discussed. In order to promote efficient progress of this case, the court will direct that Defendants file any responses earlier than required by Local Rule 7.1. No reply is anticipated. Accordingly,

IT IS ORDERED that Defendants are DIRECTED to file any responses to Plaintiff's motion to amend [Dkt. # 27] on or before **Thursday, August 18, 2011.**

                                               s/Robert H. Cleland
                                               ROBERT H. CLELAND
                                               UNITED STATES DISTRICT JUDGE

Dated: August 11, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 11, 2011, by electronic and/or ordinary mail.

                                               s/Lisa Wagner
                                               Case Manager and Deputy Clerk
                                               (313) 234-5522