UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASMINE GUY JORDAN,

    Plaintiff,

v.                                               Case No. 11-10153

CITY OF DETROIT, et al.,

    Defendants.
                                       /

**ORDER TERMINATING AS MOOT PLAINTIFF'S MOTION TO COMPEL AND DIRECTING PLAINTIFF AND DEFENDANTS CITY OF DETROIT AND WAYNE COUNTY TO MAKE RULE 26 DISCLOSURES AND RESPOND TO RULE 34 REQUESTS BY OCTOBER 18, 2011**

On September 16, 2011, Plaintiff Jasmine Guy Jordan filed a Motion to Compel seeking an order to compel Defendants City of Detroit and Wayne County to make Federal Rule of Civil Procedure 26 initial disclosures and to respond to Plaintiff's Rule 34 requests for the production of documents. On October 6, 2011, the court held a telephonic conference with counsel for Plaintiff and Defendants Wayne County and City of Detroit, at which time counsel mutually agreed to make Rule 26 initial disclosures and respond to Rule 34 requests on or before October 18, 2011. The court will thus terminate as moot Plaintiff's motion. Accordingly,

IT IS ORDERED that Plaintiff's "Motion to Compel [Dkt. #38] is TERMINATED AS MOOT.

IT IS FURTHER ORDERED that Plaintiff and Defendants City of Detroit and Wayne County are DIRECTED to make all necessary Rule 26 initial disclosures and to

respond to any outstanding Rule 34 requests for the production of documents on or before **October 18, 2011**.

          s/Robert H. Cleland
          ROBERT H. CLELAND
          UNITED STATES DISTRICT JUDGE

Dated: October 7, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 7, 2011, by electronic and/or ordinary mail.

          s/Lisa Wagner
          Case Manager and Deputy Clerk
          (313) 234-5522