UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASMINE GUY JORDAN

                                      CASE NO. 2:11-CV-10153-RHC-VMM
                                          Hon. Robert H. Cleland

Plaintiff,                 Magistrate Judge Virginia Morgan

-vs-

CITY OF DETROIT, WAYNE COUNTY, DETROIT POLICE
OFFICERS MOEK, WYCHE , SGT MICHAEL MARTEL AND INSPECTOR
WILLIAMS, JOHN DOE I and JOHN DOE II in their individual capacities,
Jointly and severally,

Defendants.
_____/

| | |
|---|---|
| D. RICK MARTIN (P42484) | KARIE H. BOYLAN |
| Attorney for Plaintiff | Attorney for Defendant Wayne County |
| 220 Bagley, Suite 808 | 500 Griswold, 11th Floor |
| Detroit MI 48226-1409 | Detroit, MI 48226 |
| Phone: (313) 963-1320 | Phone: (313) 224-8577 |
| Fax: (313) 963-1325 | Fax: (313) 967-3532 |
| drickmartin@glottaassociates.com | kboylan@co.wayne.mi.u.s |
| | |
| RONALD D. GLOTTA | JERRY L. ASHFORD |
| Glotta and Associates P.C. | Attorney for Defendant City |
| Attorney for Plaintiff | 660 Woodward Ave., Ste 1650 |
| 220 Bagley, Suite 808 | Detroit MI 48226-3491 |
| Detroit MI 48226-1409 | Phone: (313) 224-4550 |
| Phone: (313) 963-1320 | Fax: (313) 224-5505 |
| Fax: (313) 963-1325 | |
| rglotta@glottaassociates.com | ashfj@detroitmi.gov |

_____/

# **STIPULATED ORDER REGARDING DISCOVERY**

1

At a session of said U.S. District Court
held in the City of Detroit,
County of Wayne, State of Michigan
On December 15, 2011

PRESENT: Hon.     Robert H. Cleland
                          U.S. District Court Judge

THIS MATTER having come before the Court on the affixed stipulation and consent of the Plaintiff and Defendant, City of Detroit, by and through their respective counsel, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Defendant City of Detroit shall produce the following **within ten days** from entry of this Order:

> (1) For *each* individual identified by the City of Detroit in its Rule 26 Disclosure Statement, the City is to provide the last known *business* "address and telephone number of each individual likely to have discoverable information—along with the subjects of that information" as mandated by Rule 26(a)(1)(A)(i);

IT IS SO ORDERED.

                                        s/Robert H. Cleland

                                      U.S. DISTRICT COURT JUDGE

*APPROVE AS TO FORM*:


By: /s/D Rick Martin
   D. Rick Martin (P42484)
   Attorney for Plaintiff

By: /s/Jerry L. Ashford
   Jerry L. Ashford (P47402)
   Attorney for City of Detroit

LAW OFFICES
**D. RICK MARTIN, ESQ.**
**220 BAGLEY** • SUITE 8080 DETROIT MI 48226-1409 • (313) 963-1320

**CERTIFICATE OF SERVICE**

I, D. Rick Martin, hereby certify that on the 9th day of December, 2011, I electronically mailed the foregoing paper and this Certificate of Service to Jerry L. Ashford and Karie H. Boylan.

                                /s/ D. Rick Martin
                                D. Rick Martin (P42484)
                                Attorney for Plaintiff
                                220 Bagley, Suite 808
                                Detroit, MI 48226
                                313-963-1320
                                drickmartin@glottaassociates.com

LAW OFFICES
**D. RICK MARTIN, ESQ.**
**220 BAGLEY**• SUITE 8080 DETROIT MI 48226-1409• (313) 963-1320