UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASMINE GUY JORDAN

CASE NO. 2:11-CV-10153-RHC-VMM
Hon. Robert H. Cleland
Plaintiff,                                    Magistrate Judge Virginia Morgan

-vs-

CITY OF DETROIT, WAYNE COUNTY, DETROIT POLICE
OFFICERS MOEK, WYCHE , SGT MICHAEL MARTEL AND INSPECTOR
WILLIAMS, JOHN DOE I and JOHN DOE II in their individual capacities,
Jointly and severally,

Defendants.
_____/

| | |
|---|---|
| D. RICK MARTIN | KARIE H. BOYLAN |
| Attorney for Plaintiff | Attorney for Defendant Wayne County |
| 220 Bagley, Suite 808 | 500 Griswold, 11th Floor |
| Detroit MI 48226-1409 | Detroit, MI 48226 |
| Phone: (313) 963-1320 | Phone: (313) 224-8577 |
| Fax: (313) 963-1325 | Fax: (313) 967-3532 |
| drickmartin@glottaassociates.com | kboylan@co.wayne.mi.u.s |
| | |
| RONALD D. GLOTTA | JERRY L. ASHFORD |
| Glotta and Associates P.C. | Attorney for Defendant City |
| Attorney for Plaintiff | 660 Woodward Ave., Ste 1650 |
| 220 Bagley, Suite 808 | Detroit MI 48226-3491 |
| Detroit MI 48226-1409 | Phone: (313) 224-4550 |
| Phone: (313) 963-1320 | Fax: (313) 224-5505 |
| Fax: (313) 963-1325 | |
| rglotta@glottaassociates.com | ashfj@detroitmi.gov |

_____/

## **STIPULATED ORDER REGARDING DISCOVERY**

At a session of said U.S. District Court
held in the City of Detroit,
County of Wayne, State of Michigan
On December 12, 2011

PRESENT: Hon.ROBERT H. CLELAND
U.S. District Court Judge

THIS MATTER having come before the Court on the affixed stipulation and

consent of the Plaintiff and Defendant, Wayne County, by and through their

respective counsel, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Defendant, Wayne County shall produce the

following **within ten days** from entry of this Order:

> (1) Wayne County shall provide the "subjects of that information" as mandated by Rule 26(a)(1)(A)(i) for the following individuals listed by Wayne County as "Witnesses" in its Fourth Supplemental/Amend Rule 26 Disclosures: Tom Dawson, Mary Sue Czarnecki, Rob Moran, and Nettie Wright;

> (2) For *any* information, communication or document requested by Plaintiff for which Wayne County claims is privileged, Wayne County shall produce to Plaintiff a ***Privilege Log*** that "describes the nature of the documents, communications, or tangible things not produced or disclosed—and to so in a manner that, without revealing information itself privileged or protected, will enable other parties to assess the claim" as mandated by Rule 26(a)(1)(A)(i);

> (3) Wayne County shall provide Plaintiff with (a) any and all policies regarding the **Jail's Monitoring of Telephone Communications** during the period of Plaintiff's incarceration, (b) any and all recordings of Plaintiff's telephone calls while in its Jail; and (c) identify the individual(s) responsible for

enforcing the policy regarding the monitoring of detainees' telephone calls.

IT IS SO ORDERED.


S/Robert H. Cleland
U.S. DISTRICT COURT JUDGE


***APPROVE AS TO FORM:***


By: /s/D Rick Martin
   D. Rick Martin (P42484)
   Attorney for Plaintiff

By: /s/ Karie H. Boylan
   Karie H. Boylan (P55468)
   Attorney for Wayne County

**<u>CERTIFICATE OF SERVICE</u>**

I, D. Rick Martin, hereby certify that on the 9th day of December, 2011, I

electronically mailed the foregoing paper to Karie H. Boylan and Jerry L. Ashford.


/s/ D. Rick Martin
D. Rick Martin (P42484)
Attorney for Plaintiff
220 Bagley, Suite 808
Detroit, MI 48226
313-963-1320
drickmartin@glottaassociates.com