**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JASMINE GUY JORDAN,

    Plaintiff,

v.                                           Case No. 11-10153

CITY OF DETROIT, et al.,

    Defendants.
                                                 /

**ORDER GRANTING IN PART DEFENDANT WAYNE COUNTY'S
"EMERGENCY MOTION TO AMEND/CORRECT SCHEDULING ORDER"
AND HOLDING IN ABEYANCE ALL OTHER PENDING MOTIONS**

On April 12, 2012, the court conducted an off-the-record telephonic conference with counsel for Plaintiff and Defendants, during which Plaintiff's "Motion for Protective Order and Compliance With Court Order" was discussed. At the conclusion of the call, the court indicated to counsel that it was inclined to withhold adjudication of the motion pending the filing of a dispositive motion by Defendant Wayne County. Following the conference, Defendant Wayne County filed three nominally-entitled emergency motions, in which it seeks (1) sanctions imposed against Plaintiff for failing to provide requested discovery; (2) its own protective order preventing the depositions of assistant county prosecutors pending Plaintiff's compliance with discovery requests; and (3) a twenty-one day extension of the dispositive motion deadline and suspension of all other deadlines contained in the court's August 15, 2011 scheduling order. On April 13, 2012, the court conducted an on-the-record telephonic hearing, during which it informed the parties that it would grant Defendant Wayne County a forty-eight hour extension to the dispositive motion

deadline and hold in abeyance all other motions pending the filing, and briefing, of Defendant Wayne County's expected dispositive motion. Accordingly,

IT IS ORDER that Defendant Wayne County's "Emergency Motion to Amend/Correct Scheduling Order" [Dkt. # 66] is GRANTED IN PART. The parties are DIRECTED to file any dispositive motion on or before **April 18, 2012**. All other deadlines set forth in the August 15, 2011 scheduling order remain unchanged and in effect.

IT IS FURTHER ORDERED that Plaintiff's "Motion for Protective Order and Compliance With Court Order" [Dkt. # 54] and Defendant Wayne County's "Emergency Motion for Sanctions . . . " [Dkt. # 64] and "Emergency Motion for Protective Order" [Dkt. # 65] are HELD IN ABEYANCE.

      s/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated: April 17, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 17, 2012, by electronic and/or ordinary mail.

      s/Leslie Werner for Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522