**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JASMINE GUY JORDAN,

      Plaintiff,

v.                                                           Case No. 11-cv-10153

CITY OF DETROIT, et al.,

      Defendants.
                                              /

**ORDER OF DISMISSAL**

During an April 12, 2012 telephonic conference, counsel for Plaintiff and Defendants the City of Detroit, Officers Moek and Wyche, Sergeant Martel, and Inspector Williams informed the court that they had reached a settlement as to the claims against the above-mentioned Defendants. Plaintiff's counsel confirmed the settlement during the June 20, 2012 motion hearing, and the court indicated that it would dismiss the claims against these Defendants. The terms of their resolution will be memorialized in writing by the parties. Accordingly,

IT IS ORDERED that the claims against Defendants the City of Detroit, Officers Moek and Wyche, Sergeant Martel, and Inspector Williams are DISMISSED without prejudice to the right of either party to move by **August 21, 2012**, to vacate this order if the settlement is not finalized. After **August 21, 2012**, this dismissal is with prejudice.

                                                       s/Robert H. Cleland
                                                     ROBERT H. CLELAND
                                                     UNITED STATES DISTRICT JUDGE

Dated: June 29, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 29, 2012, by electronic and/or ordinary mail.

                                         s/Lisa Wagner
                                         Case Manager and Deputy Clerk
                                         (313) 234-5522