UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASMINE GUY JORDAN,

    Plaintiff,

v.                                                       Case Number: 11-10153

CITY OF DETROIT, et al.,

    Defendants.
                                                  /

## JUDGMENT

In accordance with the court's "Opinion and Order . . . Granting Defendant Wayne County's Motion for Summary Judgment," dated June 29, 2012, and "Opinion and Order Denying Plaintiff's Motion for Reconsideration and Granting Summary Judgment in Favor of Defendant Wayne County on Count IV and in Favor of Defendants John Doe I and II on Count I," dated August 20, 2012,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Wayne County and John Does I and II and against Plaintiff Jasmine Guy Jordan. Dated at Detroit, Michigan, this 20th day of August 2012.

                                                               DAVID J. WEAVER
                                                               CLERK OF THE COURT

                                                                S/Lisa Wagner
                                                             By: Lisa Wagner, Case Manager
                                                                  to Judge Robert H. Cleland