**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JASMINE GUY JORDAN,

    Plaintiff,

v.

                                    Case No. 11-10153

CITY OF DETROIT, et al.,

    Defendants.
                                        /

**ORDER TERMINATING DEFENDANT'S
"MOTION TO ENFORCE SETTLEMENT"**

On September 19, 2012, Plaintiff filed, in the Sixth Circuit, a notice of appeal of this court's order granting Defendant's motion for summary judgment and this court's order denying Plaintiff's motion for reconsideration. On July 30, 2013, Defendant filed a "motion to enforce settlement" in this court. On August 29, 2013, the court conducted a telephonic status conference, during which counsel agreed that Defendant's motion was presented improvidently as the court now lacks jurisdiction. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 379-80 (1994) (explaining that district courts lack "inherent power" to enforce settlement agreements under supplemental jurisdiction, even when the court has jurisdiction to hear the underlying case). Accordingly,

IT IS ORDERED that Defendant's "Motion to enforce settlement" [Dkt. # 85] is TERMINATED.

        s/Robert H. Cleland  
        ROBERT H. CLELAND  
        UNITED STATES DISTRICT JUDGE

Dated:  August 30, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 30, 2013, by electronic and/or ordinary mail.

        s/Holly Monda for Lisa Wagner  
        Case Manager and Deputy Clerk  
        (313) 234-5522